# UNITED STATES DISTRICT COURT

## District of Minnesota

Mong Cheng, Uphaphon Phoutinane,

Petitioners,

v.

Markwayne Mullin, Todd M. Lyons, David Easterwood,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2398 DWF/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is respectfully **DENIED WITHOUT PREJUDICE**.

Date: 5/14/2026

KATE M. FOGARTY, CLERK